**APPENDIX A - PLAINTIFFS' DAMAGES**

| Plaintiff | NYLL Only Unpaid Overtime | NYLL/FLSA Unpaid Overtime | NYLL Regular Wages | NYLL Only Period Liquidated Damages | NYLL/FLSA Period Liquidated Damages | Prejudgment Interest through 4/3/2013 | TOTAL[1] |
|---|---|---|---|---|---|---|---|
| Bohdan Pyrozhyk | $0.00 | $19,931.48 | $27,768.00 | $0.00 | $31,856.35 | $7,843.25 | **$87,399.08** |
| Jacek Rudyk | $17,778.58 | $15,427.06 | $24,991.20 | $4,444.65 | $25,531.63 | $18,504.70 | **$106,677.82** |
| Stanislaw Poplawski | $20,825.53 | $12,780.48 | $20,826.00 | $5,206.38 | $21,182.10 | $19,636.24 | **$100,456.73** |
| Mark Kulesza | $4,336.48 | $7,173.08 | $6,760.00 | $1,084.12 | $10,656.35 | $4,553.88 | **$34,563.91** |
| Stefan Cybzik | $0.00 | $7,456.02 | $5,781.60 | $0.00 | $10,765.43 | $1,397.11 | **$25,400.16** |
| Waldemar Makson | $0.00 | $9,316.00 | $31,269.60 | $0.00 | $19,462.40 | $8,118.63 | **$68,166.63** |
| Marian Bucior | $0.00 | $0.00 | $19,009.00 | $4,752.25 | $0.00 | $0.00 | **$23,761.25** |
| Mieczyslaw Smulka | $0.00 | $0.00 | $27,676.16 | $6,919.04 | $0.00 | $0.00 | **$34,595.20** |
| Stanislaw Puskarczyk | $0.00 | $0.00 | $18,729.00 | $4,682.25 | $0.00 | $0.00 | **$23,411.25** |
| TOTAL | $42,940.59 | $72,084.12 | $182,810.56 | $27,088.69 | $119,454.26 | $60,053.81 | **$504,432.03** |

[1] With additional per diem interest rates of $6.85 to Bohdan Pyrozhyk; $10.55 to Jacek Rudyk; $10.27 to Stanislaw Poplawski; $2.74 to Mark Kulesza; $1.43 to Stefan Cybzik; and $7.71 to Waldemar Makson from April 4, 2013, through the date of entry of judgment.