```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
STANISLAW POPLAWSKI et al

            V

METROPLEX ON THE ATLANTICS LLC.
--------------------------------------------------X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ APR 2 6 2013 ★

BROOKLYN OFFICE

ORDER
CV11-3765 (JBW)

**Jack B. Weinstein, Senior United States District Judge:**

        No objection having been made, the report is approved. Enter judgment for plaintiffs as recommended in Appendix A by the Magistrate Judge. Plaintiffs counsel shall submit the judgment as soon as practicable.

So Ordered:

_____
JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED: 4/25/13

